## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE AND FRANCIS LASSELLE

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring bodies *p. 446; (2) special bail *p. 453; (3) continued *p. 474; (4) declaration filed, rule to plead *p. 483; (5) motion to consolidate continued *p. 492; (6) debt remitted, judgment for costs *p. 521.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 18, c. 35; p. 40, c. 49.